■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LINDEN, Appellant. [744 NYS2d 858] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 30, 1989 (*People v Linden,* 150 AD2d 801), affirming a judgment of the County Court, Westchester County, rendered November 12, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Feuerstein, J.P., Smith, McGinity and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER L. LOGAN, Appellant. [744 NYS2d 682] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered June 17, 1999, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The trial court properly exercised its discretion in making its *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371; *People v Mattiace,* 77 NY2d 269; *People v Rahman,* 46 NY2d 882).

The defendant's remaining contentions are unpreserved for appellate review (*see* CPL 470.05 [2]), or without merit. Ritter, J.P., Altman, Smith and Goldstein, JJ., concur.